

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00080-CV

IN RE A&W INDUSTRIES, INC.
AND HUMBERTO GEORGE

RELATORS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and emergency request for temporary relief and is of the opinion that all relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency request for temporary relief are denied.

PER CURIAM

PANEL: DAUPHINOT, MCCOY, and MEIER, JJ.

DELIVERED: March 6, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).